# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LARRY MUNCY,

      Plaintiff,

No. 2:17-cv-00562-JB-KRS

v.

RKI EXPLORATION AND
PRODUCTION, LLC; and
NEW WOODS PETROLEUM,

      Defendants.

## ORDER GRANTING MOTION TO STAY, STAYING PROCEEDINGS, VACATING DEADLINES, AND REQUIRING STATUS REPORT

**THIS MATTER** comes before the Court on Plaintiff's unopposed motion to stay proceedings in light of the death of Mr. Muncy (Doc. 29). The Court has reviewed Plaintiff's submission and considered the issue presented therein and finds good cause to grant the relief requested.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **GRANTED** and this matter is **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that all pending deadlines and hearings are **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel submit a report **on or before March 26, 2018** informing the Court of the status of whether Plaintiff's estate will continue with the prosecution of this case.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE